[No. 12250–9–I.   Division One.   March 12, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. JEFFREY
JACKSON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 82–1–01658–2, Nancy A. Holman, J., entered

September 13, 1982. *Affirmed* by unpublished opinion per Williams, J., concurred in by Durham, C.J., and Callow, J.